# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CLARENCE BONDS § | |
| § | Civil Action No. 4:06cv207 |
| vs. § | (Judge Schneider/Judge Bush) |
| § | |
| ALLIANCE BANK, TOM SELLER, § | |
| BETH PRICE, SAM HALL, KENNETH § | |
| HALL, and PAULA SHIROMA- BENDER § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On February 8, 2007, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Defendants Alliance Bank, Tom Sellers, Beth Price, Sam Hall and Kenneth Hall's Motions for Summary Judgment be GRANTED, Defendant Paula Shiroma-Bender's Motion to Dismiss for Lack of Subject-Matter Jurisdiction be GRANTED, all other relief sought by the Plaintiff be DENIED, each party should bear its own costs, and the case should be DISMISSED WITH PREJUDICE.

On February 14, 2007, Plaintiff made a Motion for Summary Judgment not to be dismissed [sic] which the Court considers as objections to the Report and Recommendation. The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants Alliance Bank, Tom Sellers, Beth Price, Sam Hall and Kenneth Hall's Motions for Summary Judgment are GRANTED, Defendant Paula Shiroma-Bender's Motion to Dismiss for Lack of Subject-Matter Jurisdiction is GRANTED, all other relief sought by the Plaintiff is DENIED, each party shall bear its own costs, and the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

**SIGNED this 28th day of February, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE